# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00298-CV

---

**Tutankhamun Holt, Appellant**

**v.**

**Michael J. Rogers, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 242-413-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Tutankhamun Holt, acting pro se, filed a notice of appeal on May 2, 2019, from a final protective order against him for family violence that the district court signed on December 20, 2016. Also on May 2, 2019, Holt filed a motion asking the district court to "enter certificates of appealability" as to the denial of a motion to vacate the final protective order, allegedly filed on June 28, 2018, and the denial of a motion for findings of fact and conclusions of law, allegedly filed on June 15, 2018. The referenced motion to vacate, motion for findings and conclusions, and the orders denying those motions do not appear in this record. However, the filing of such motions with the district court in 2018 to challenge a 2016 final protective order would have been untimely. *See* Tex. R. Civ. P. 296 (providing twenty-day deadline for filing request for findings of fact and conclusions of law), 329b (providing thirty-day deadline for filing motions for new trial or to modify, correct, or reform judgments).

Further, the time to file an appeal from the 2016 final protective order has expired. *See* Tex. R. App. P. 26.1. Without a final judgment or an otherwise appealable order, we may not exercise appellate jurisdiction. *See* Tex. Civ. Prac. & Rem. Code § 51.014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). On June 12, 2019, this Court requested that Holt file a written response demonstrating this Court's jurisdiction over his appeal. His filed response failed to do so. Accordingly, we dismiss Holt's appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:　July 18, 2019

2